In the Matter of the Application of Louisa B. Schneider, Appellant, for Payment of an Award Made by Commissioners of Estimate and Assessment in Proceedings to Open East 157th Street, Borough of The Bronx, City of New York.

David Peltz, Appellant; The Comptroller of the City of New York, Respondent.

(Submitted April 22, 1918; decided April 30, 1918.)

Motions to amend remittitur. (See 223 N. Y. 566.)

Motions granted and remittitur amended so as to state: " Upon the argument of this cause in the Court of Appeals the counsel for the appellant Peltz, and for the appellant Schneider, each presented the point that the decision of the Appellate Division involved a denial of the rights of each appellant under article 1, section 10, of the Constitution of the United States, and under the 5th amendment and under section 1 of the 14th amendment thereof."

———————

Carmine Saccripante, Respondent, *v.* Philadelphia and Reading Coal and Iron Company, Appellant.

*Saccripante* v. *Phila. & Reading Coal & Iron Co.*, 178 App. Div. 931, appeal dismissed.

(Submitted April 22, 1918; decided April 30, 1918.)

Motion to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 16, 1917, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained through the negligence of defendant.

The motion was made upon the ground that the affirmance by the Appellate Division was unanimous and that permission to appeal had not been obtained.

*Stephen A. Machcinski* for motion.

No one opposed.

Motion granted.